STACEY E. JAMES, Bar No. 185651
sjames@littler.com
HEIDI E. HEGEWALD, Bar No. 326834
hhegewald@littler.com
LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
San Diego, California  92101.3577
Telephone:   619.232.0441
Fax No.:      619.232.4302

Attorneys for Defendant
HII FLEET SUPPORT GROUP LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON KING VANCE, SR., an individual,<br><br>Plaintiff,<br><br>v.<br><br>HII FLEET SUPPORT GROUP LLC, a Delaware Limited Liability Company; JASON THOMAS, an individual; GINA M. ANDRADE, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. **'21CV1282 BAS WVG**<br><br>**DEFENDANT HII FLEET SUPPORT GROUP LLC'S NOTICE TO FEDERAL COURT OF REMOVAL OF CIVIL ACTION FROM STATE COURT PURSUANT TO 28 U.S.C. §§ 1331, 1441, AND 1446** |

LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
San Diego, CA  92101.3577
619.232.0441

DEFENDANT HII FLEET SUPPORT GROUP LLC'S NOTICE TO FEDERAL COURT OF REMOVAL OF CIVIL ACTION FROM STATE COURT PURSUANT TO 28 U.S.C. §§ 1331, 1441 AND 1446

**TO THE CLERK OF THE ABOVE-ENTITLED COURT AND PLAINTIFF VERNON KING VANCE, SR. AND HIS ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendant HII Fleet Support Group LLC ("HII") hereby removes the above-entitled action, *Vance v. HII Fleet Support Group LL, et al.*, Case No. 37-2021-00025183-CU-WT-CTL, from the Superior Court of the State of California, County of San Diego, to the United States District Court for the Southern District of California, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446.

This Notice is based upon the original jurisdiction of the federal district court over the parties under 228 U.S.C. § 1331 pursuant to the existence of a federal question.

HII makes the following allegations in support of its Notice of Removal:

## JURISDICTION

1. This Court has original jurisdiction under 28 U.S.C. § 1331, and this case may be removed pursuant to the provisions of 28 U.S.C. § 1441(a), because it is a civil action wherein a federal question exists, as Plaintiff Vernon King Vance, Sr. ("Plaintiff"), has asserted claims arising under the Constitution, laws, or treaties of the United States.

2. As set forth below, this case meets all of 28 U.S.C. § 1331's requirements for removal and is timely and properly removed by the filing of this Notice.

3. Venue is proper in this Court pursuant to 28 U.S.C. §§ 84(d), 1391, and 1446.

## PLEADINGS, PROCESS, AND ORDERS

4. This lawsuit arises out of Plaintiff's employment with and subsequent termination from HII. On June 9, 2021, Plaintiff filed a Complaint in the Superior Court of the State of California, County of San Diego, titled *Vernon King Vance. Sr., an individual v. HII Fleet Support Group LLC, a Delaware Limited Liability*

LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
San Diego, CA 92101.3577
619.232.0441

DEFENDANT HII FLEET SUPPORT GROUP LLC'S NOTICE TO FEDERAL COURT OF REMOVAL OF CIVIL ACTION FROM STATE COURT PURSUANT TO 28 U.S.C. §§ 1331, 1441 AND 1446

*Company; Jason Thomas, an individual; Gina M. Andrade, an individual; and DOES 1 through 50, inclusive,* bearing Case No. 37-2021-00025183-CU-WT-CTL (the "Complaint"). The Complaint asserts the following nine (9) causes of action: (1) Disability-Based Associational Discrimination in violation of Govt. Code § 12926(o); (2) Failure to Accommodate in violation of Govt. Code § 12940(m); (3) Failure to Engage in Timely Good-Faith Interactive Process in violation of Govt. Code § 12940(n); (4) Retaliation in Violation of FEHA; (5) Work Environment Harassment in violation of Govt. Code §§ 12923, 12940(j); (6) Failure to Prevent Discrimination, Harassment, and Retaliation; (7) Retaliation and/or Unlawful Denial of Leave in Violation of CFRA (Govt. Code § 12945.2 et seq.); (8) Retaliation and/or Unlawful Denial of Leave in Violation of FMLA (Code of Federal Regulations § 825 et seq.); and (9) Wrongful Termination in Violation of Public Policy (Govt. Code § 12900 et seq). Attached hereto as **Exhibit A** is a true and correct copy of the Complaint.

5. Attached hereto as **Exhibit B** are true and correct copies of the Summons issued by the Court, Civil Case Cover Sheet - Unlimited, Notice of Case Assignment and Case Management Conference (Civil), Notice of E-Filing Requirements and Imaged Documents, and Alternative Dispute Resolution (ADR) Information Package, which were served to HII on June 17, 2021, along with a copy of the Complaint.

6. On June 17, 2021, a Proof of Service of Summons was filed as to HII. Attached hereto as **Exhibit C** is a true and correct copy of the Proof of Service of Summons.

7. On July 7, 2021, Plaintiff served the following first set of written discovery on HII: 1) Form Interrogatories – Employment Law, 2) Form Interrogatories – General, 3) Special Interrogatories, and 4) Requests for Production of Documents. Attached hereto as **Exhibit D** is a true and correct copy of Plaintiff's

LITTLER MENDELSON, P.C.
Attorneys at Law
501 W. Broadway, Suite 900
San Diego, CA 92101.3577
619.232.0441

3

DEFENDANT HII FLEET SUPPORT GROUP LLC'S NOTICE TO FEDERAL COURT OF REMOVAL OF CIVIL ACTION FROM STATE COURT PURSUANT TO 28 U.S.C. §§ 1331, 1441 AND 1446

first set of written discovery to HII.

8. On July 15, 2021, HII filed and served its Answer to Plaintiff's Complaint. Attached hereto as **Exhibit E** is a true and correct copy of Defendant's Answer to Plaintiff's Complaint.

9. HII is informed and believes that the remaining named defendants Jason Thomas, Gina M. Andrade, and Doe defendants have not been served with the Summons and Complaint. Accordingly, the remaining defendants need not join in HII's Notice of Removal. *See Salveson v. Western States Bankcard Assoc.*, 731 F.2d 1423, 1429 (9th Cir. 1984) ("Our circuit rule is that a party not served need not be joined; the defendants summoned can remove by themselves."); *see also Community Bldg. Co. v. Maryland Cas. Co.*, 8 F.2d 678, 679 (9th Cir. 1925) (Defendants over whom the court has not acquired jurisdiction may be disregarded in removal proceedings, and defendants who have been summoned must be allowed to exercise their right of removal.).

10. Pursuant to 28 U.S.C. § 1446(a), the documents attached hereto as **Exhibits A through E** constitute all process, pleadings, and orders served upon HII or filed in this action.

## TIMELINESS OF REMOVAL

11. An action may be removed from state court by filing a notice of removal – together with a copy of all process, pleadings, and orders served on the defendant – within thirty (30) days of defendant receiving service of the initial pleading. 28 U.S.C. § 1446(b); *Murphy Bros., Inc. v. Mitchetti Pipe Stringing, Inc.*, 526 U.S. 344, 354 (1999) (the thirty-day removal period runs from the service of the summons and complaint).

12. Removal of this action is timely because this Notice of Removal has been filed within thirty (30) days of June 17, 2021, when HII was served with the Summons and Complaint. *See* 28 U.S.C. § 1446(b). Because Plaintiff personally

4

LITTLER MENDELSON, P.C.
Attorneys at Law
501 W. Broadway, Suite 900
San Diego, CA 92101.3577
619.232.0441

DEFENDANT HII FLEET SUPPORT GROUP LLC'S NOTICE TO FEDERAL COURT OF REMOVAL OF CIVIL ACTION FROM STATE COURT PURSUANT TO 28 U.S.C. §§ 1331, 1441 AND 1446

served the Summons and Complaint upon HII's agent for service of process on June 17, 2021, the thirty-day period for removal runs through Saturday, July 17, 2021. As referenced above, this Notice of Removal also contains all process, pleadings, and orders that were served on HII. (*See* **Exhibits A-E**).

## FEDERAL QUESTION JURISDICTION EXISTS PURSUANT TO 28 U.S.C. § 1331

13.   28 U.S.C. § 1331 provides: "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." This action is a civil action over which this Court has original jurisdiction based on federal question jurisdiction pursuant to 28 U.S.C. § 1331, and may be removed to this Court by HII pursuant to 28 U.S.C. Section 1441(c) because it is a civil action that presents a federal question, i.e. arising under the laws of the United States, as set forth below.

14.   Plaintiff's claims in this action arise out of his employment with HII. At the same time, Plaintiff alleges a cause of action for retaliation under the Family and Medical Leave Act ("FMLA"), Code of Federal Regulations § 825 et seq. *See* Complaint, p. 21:5-23:3. Accordingly, this Court has original jurisdiction pursuant to 28 U.S.C. § 1331 as Plaintiff asserts a cause of action arising under the laws of the United States. *See New SD, Inc. v. Rockwell Intern. Corp.*, 79 F.3d 953 (9th Cir. 1996) (When federal law applies to case, it follows that the question arises under federal law, and federal question jurisdiction exists.). Plaintiff's Complaint may (and should) therefore be removed pursuant to 28 U.S.C. §§ 1331 and 1441(c).

15.   Plaintiff's FMLA claim and remaining state law claims are so related as to form part of the same case or controversy, such that all of Plaintiff's claims may be removed to this Court. Namely, Plaintiff's claims are founded on his employment with and subsequent termination from HII. This Court thus has supplemental jurisdiction over the entirety of Plaintiff's claims pursuant to 28 U.S.C. § 1367(a).

5

DEFENDANT HII FLEET SUPPORT GROUP LLC'S NOTICE TO FEDERAL COURT OF REMOVAL OF CIVIL ACTION FROM STATE COURT PURSUANT TO 28 U.S.C. §§ 1331, 1441 AND 1446

LITTLER MENDELSON, P.C.
Attorneys at Law
501 W. Broadway, Suite 900
San Diego, CA 92101.3577
619.232.0441

*See* 28 U.S.C. § 1367(a) (Federal courts may exercise supplemental jurisdiction over related state law claims that "form part of the same case or controversy."); *see also Mine Workers v. Gibbs*, 383 U.S. 715, 725 (1966) (jurisdiction extends to state claims sharing "common nucleus" of fact with federal claims). Because Plaintiff's state law claims are so related to facts underlying the federal claim over which this Court has original jurisdiction, removal of all of Plaintiff's claims is permissible and appropriate.

## NOTICE TO STATE COURT AND PLAINTIFF

16. Concurrently with the filing of this Notice of Removal in the United States District Court for the Southern District of California, written notice of such filing will be given by the undersigned to counsel for Plaintiff, Bobby Saadian, Nicol Hajjar, and Elizabeth Votra, of Wilshire Law Firm. In addition, a copy of this Notice of Removal will be filed with the Clerk of the Superior Court of the State of California for the County of San Diego.

Dated: July 16, 2021

LITTLER MENDELSON, P.C.

*/s/ Heidi E. Hegewald*
Stacey E. James
Heidi E. Hegewald

Attorneys for Defendant
HII FLEET SUPPORT GROUP LLC

4827-3467-9025.2 / 069709-1009

LITTLER MENDELSON, P.C.
Attorneys at Law
501 W. Broadway, Suite 900
San Diego, CA 92101.3577
619.232.0441

6

DEFENDANT HII FLEET SUPPORT GROUP LLC'S NOTICE TO FEDERAL COURT OF REMOVAL OF CIVIL ACTION FROM STATE COURT PURSUANT TO 28 U.S.C. §§ 1331, 1441 AND 1446